UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| VS. : | ORDER |
| : | |
| KRISTOPHER BROWN : | CR. NO. 15-389 (NLH) |
| : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 7th day of August, 2015,

ORDERED that Richard Coughlin, Federal Public Defender for the District of New Jersey, Lori M. Koch, AFPD is hereby appointed to represent said defendant in this case until further order of the Court.

_____
NOEL L. HILLMAN,
UNITED STATES DISTRICT JUDGE

cc: Federal Public Defender